## Commonwealth *v.* Bickle, Appellant.

Submitted March 15, 1971. *J. Michael Williamson,* Public Defender, for appellant; *Allan W. Lugg,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Blair, Appellant.

Submitted March 15, 1971. *David Zwanetz,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.